IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JONATHAN BEDSOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:13-CV-613-TMH |
| | ) | |
| DENNIS MEEKS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 14) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.  Accordingly, it is

ORDERED that:

1.  The Recommendation (Doc. 14) of the Magistrate Judge is ADOPTED;

2.  Plaintiff's complaint against the Covington County Commission is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii);

3.  The Covington County Commission is DISMISSED as a defendant to this cause of action; and

4.  This case is referred back to the Magistrate Judge for further proceedings.

Done, this 24th day of October 2013.

＿＿/s/＿ Truman M. Hobbs＿＿＿＿＿＿＿＿＿＿
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE