IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JONATHAN BEDSOLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:13-CV-613-TMH |
| | ) [WO] |
| DENNIS MEEKS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 28) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge is hereby ADOPTED; the motion to dismiss filed by Defendants Meeks, Hughes, Benson, Coleman, and Portrey (Doc. No. 24) is GRANTED to the extent these Defendants seek dismissal of this case due to Plaintiff's failure to properly exhaust an administrative remedy available to him at the Covington County Jail; this case is DISMISSED without prejudice against by Defendants Meeks, Hughes, Benson, Coleman, and Portrey pursuant to the provisions of 42 U.S.C. § 1997e(a) for Plaintiff's failure to exhaust an administrative remedy available to him at the Covington County Jail; and Plaintiff's complaint against Defendant McWatters is

DISMISSED without prejudice for failure to effect service on this individual in accordance with applicable procedural rules.

DONE this the 7th day of March, 2014.

                                                             /s/ Mark E. Fuller
                                      UNITED STATES DISTRICT JUDGE